**Fill in this information to identify the case:**

Debtor 1: Lisa _____ Sims
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Northern District of Illinois

Case number (If known): 14 B 00849

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form B 3B), the court orders that the application is:

[ ] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

[✓] **Denied.** The debtor must pay the $306 filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 76.50 | 02/13/2014 |
| $ 76.50 | 03/13/2014 |
| $ 76.50 | 04/14/2014 |
| + $ 76.50 | 05/13/2014 |
| Total $ 306.00 | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

[ ] **Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____ at _____ AM / PM at _____
   Month / day / year                    Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

1/30/14                          By the court: _____
Month / day / year                             United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:	)
	)	**Bankruptcy Case No.**
**Lisa Sims,**	)
	)	**14 B 00849**
　　　　**Debtor.**	)
	)
	)

## CERTIFICATE OF MAILING

　　I, Freddie Nelson, certify that on January 30, 2014, I caused copies of the attached **Order On Debtor's Application For Waiver Of Chapter 7 Filing fee** to be served to the parties listed below via First Class Mail(\*\*) and/or electronically via the Court's electronic notification system:

Lisa Sims (\*\*)
12241 S. Spencer
Alsip, IL 60803

Andrew J. Maxwell ESQ
105 West Adams Street, Suite 3200r
Chicago, IL 60603

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL 60604

*/s/ Freddie Nelson*
Freddie Nelson
Relief Courtroom Deputy